# Court of Appeals
# of the State of Georgia

ATLANTA, June 24, 2026

*The Court of Appeals hereby passes the following order:*

## A26A2284. PAUL FARQUHARSON v. HUNTINGTON DEBT HOLDING, LLC, ASSIGNEE OF CAPITAL ON TAP.

Huntington Debt Holding, LLC, as assignee of Capital on Tap ("Huntington Debt"), filed suit against Paul Farquharson to recover credit card debt. The trial court granted Huntington Debt's motion for summary judgment and entered judgment in the amount of $6,793.78 plus $273.00 in court costs. Farquharson then filed this direct appeal. We, however, lack jurisdiction.

Under OCGA § 5-6-35(a)(6), an application for discretionary appeal is required to obtain appellate review in all actions for damages in which the judgment is $10,000 or less. "Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is $ 10,000 or less, an application for discretionary appeal is required." *Thompson v. Salacoa Highland Prop. Owners' Ass'n*, 295 Ga. App. 478, 480 (672 SE2d 448) (2009) (quotation marks omitted). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Farquharson's failure to file a discretionary application thus deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.

*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/24/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, *Clerk.*